IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**MUSCO SPORTS LIGHTING, LLC**                                            **PLAINTIFF**

**VS.**                        **NO.**      **4:10-CV-00744  JMM**

**GRANITE RE, INC.**                                                        **DEFENDANT**

### ORDER

Upon Motion of the Plaintiff, having resolved its dispute with the Defendant, the Complaint of the Plaintiff is hereby dismissed with prejudice.

**IT IS SO ORDERED** this 27th day of October, 2010.

_____
UNITED STATES DISTRICT JUDGE

Prepared by:

KEVIN A. CRASS (84029)
Friday, Eldredge & Clark, LLP
400 West Capitol Avenue, Suite 2000
Little Rock, Arkansas 72201-3522
Telephone: (501) 376-2011
**Crass@fridayfirm.com**
Attorneys for Plaintiff,
Musco Sports Lighting, LLC